# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JORGE ORELLANA-BANEGAS and JOSE BANEGAS-TORRES,**<br><br>**Defendants.** | **MJ-22-37-GF-JTJ**<br>**MJ-22-38-GF-JTJ**<br><br><br><br>**ORDER ON MOTION FOR LEAVE TO DEPOSE MATERIAL WITNESSES** |

Upon motion of the United States to depose witnesses Pedro Luis Molina-Lomeli, Karla Cecilia Guerrero-Barcenas, Juan Antonio Velasco-Reynoso, and Cristian Gomez-Martinez, and pursuant to Fed. R. Crim. P. 15(a)(1) and 18 U.S.C. § 3144,

IT IS HEREBY ORDERED that the United States may conduct the depositions for purposes of preserving the testimony of these witnesses. Absent a ruling on any further motion from any party or witness, the depositions are to occur at the Missouri River Federal Courthouse in Great Falls, at the following times:

a) Deposition of Pedro Luis Molina-Lomeli: June 3, 2022, 10 a.m. to 11 a.m.

b) Deposition of Karla Cecilia Guerrero-Barcenas: June 3, 2022, 11 a.m. to 12 p.m.

c) Deposition of Cristian Gomez-Martinez:   June 3, 2022, 12 p.m. to 1 p.m.

d) Deposition of Juan Antonio Velasco-Reynoso:   June 3, 2022, 1 p.m. to 2 p.m.

DATED this 27th day of May 2022.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge